```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

ANGELA J. GREEN                                         PLAINTIFF

        v.     Civil No. 2:12-cv-02022-RTD-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                          DEFENDANT

## **J U D G M E N T**

Before the court is the Report and Recommendation of Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  ECF No. 10.  Fourteen (14) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.  Accordingly, the Court adopts the Report and Recommendation, reverses the decision of the Commissioner, and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED this 20th day of December 2012.

>*/s/ Robert T. Dawson*
>Honorable Robert T. Dawson
>United States District Judge