IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANGELA J. GREEN                                                   PLAINTIFF

   v.         Civil NO. 2:12-cv-02022-RTD

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                    DEFENDANT

## JUDGMENT

On this 2nd day of July, 2013, the Court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412.  ECF Nos. 12, 13.  On June 11, 2013, a Report and Recommendation was filed by the Honorable James R. Marschewski.  ECF No. 15.  Fourteen days have passed without objection.  The undersigned finds that the Report and Recommendation should be adopted *in toto* and hereby awards Plaintiff fees in the amount of $3,804.00.

IT IS SO ORDERED.

                                      */s/ Robert T. Dawson*
                                      Honorable Robert T. Dawson
                                      United States District Judge

**AO72A**
**(Rev. 8/82)**