```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

ANGELA J. GREEN                                         PLAINTIFF

     v.     Civil NO. 2:12-cv-02022-RTD

CAROLYN W. COLVIN, Commissioner
Social Security Administration                          DEFENDANT

### JUDGMENT

On this 2nd day of July, 2013, the Court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412. ECF Nos. 12, 13. On June 11, 2013, a Report and Recommendation was filed by the Honorable James R. Marschewski. ECF No. 15. Fourteen days have passed without objection. The undersigned finds that the Report and Recommendation should be adopted *in toto* and hereby awards Plaintiff fees in the amount of $3,804.00.

IT IS SO ORDERED.

                                          */s/ Robert T. Dawson*
                                          Honorable Robert T. Dawson
                                          United States District Judge